IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

DEBORAH BAKER                                                                                  PLAINTIFF

vs.                                         NO. 4:11CV000015 JMM

THE PNC BANK CORP AND
AFFILIATES LONG TERM DISABILITY PLAN                              DEFENDANTS

## ORDER

Pending are Defendants' motions for entry of an order of confidentiality, docket # 19, and to file the administrative record under seal, docket # 20, and Plaintiff's response to Defendant's motions, motion for discovery and to extend the time for service, docket #23.

For good cause shown, the Court will enter the proposed order of confidentiality and allow the administrative record to be filed under seal. Plaintiff requests the opportunity to conduct discovery "in the event the Plan grants discretion." The Court finds Plaintiff's request preliminary as she has not had an opportunity to review the documents and to demonstrate good cause to conduct limited discovery.

Accordingly, Defendant's motions for entry of an order of confidentiality and to file the administrative record under seal are GRANTED. Plaintiff's motion for discovery is denied at this time. Plaintiff's motion to extend the time for service is GRANTED. The time for service shall be extended by sixty (60) days.

IT IS SO ORDERED this 1st day of April, 2011.

James M. Moody
United States District Judge