**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**DEBORAH BAKER**                                                                                             **PLAINTIFF**

v.                                         No. 4:11-cv-00015 KGB

**THE PNC FINANCIAL**
**SERVICES GROUP, INC.**                                                                          **DEFENDANT**

_____

**THE PNC BANK CORP. & AFFILIATES**
**LONG TERM DISABILITY PLAN**                                                      **COUNTER-PLAINTIFF**

v.

**DEBORAH BAKER**                                                                             **COUNTER-DEFENDANT**

## JUDGMENT

Consistent with the Court's Opinion and Order entered on this day, plaintiff Deborah Baker's second amended complaint is dismissed with prejudice, and judgment is entered in favor of counter-plaintiff The PNC Bank Corp. & Affiliates Long Term Disability Plan in the amount of $1,580.00.

DATED this 23rd day of August, 2013.

_____
Kristine G. Baker
United States District Judge